**FILED - GR**

April 12, 2012 4:11 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__gjf__/____ SCANNED BY ___ 4-13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

ALEJANDRO ARROYO-ARIAS,

                    Defendant.

_____/

No.

**1:12-cr-95**

**Paul L Maloney**

Hon.    **Chief U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Interstate Transportation of Illegal Alien)

Beginning in or about October 2008 and continuing to in or about November 2008, in Calhoun County, in the Southern Division of the Western District of Michigan, and elsewhere, the Defendant,

**ALEJANDRO ARROYO-ARIAS,**

knowing and in reckless disregard of the fact that a certain alien had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation, in furtherance of such violation of law.

**8 U.S.C. § 1324(a)(1)(A)(ii)**
**8 U.S.C. § 1324(a)(1)(B)(ii)**

## COUNT 2
(Harboring an Illegal Alien)

Beginning in or about November 2008 and continuing to on or about February 3, 2012, in Calhoun County, in the Southern Division of the Western District of Michigan and elsewhere, the Defendant,

**ALEJANDRO ARROYO-ARIAS,**

knowing and in reckless disregard of the fact that a certain alien had come to, entered, and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in any place, including any building or any means of transportation.

**8 U.S.C. § 1324(a)(1)(A)(iii)**
**8 U.S.C. § 1324(a)(1)(B)(ii)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
JULIE ANN WOODS
Assistant United States Attorney

2